# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **WELLS FARGO BANK, N.A., AS** | § | |
| **TRUSTEE FOR THE POOLING AND** | § | |
| **SERVICING AGREEMENT DATED AS** | § | |
| **OF APRIL 1, 2004 ASSET BACKED** | § | **Civil Action No. 3:20-cv-745-X** |
| **SECURITIES CORPORATION HOME** | § | |
| **EQUITY LOAN TRUST 2004-HE2 ASSET** | § | |
| **BACKED PASS-THROUGH** | § | |
| **CERTIFICATES, SERIES 2004-HE2,** | § | |
| | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **GEORGE E. DIXON** | § | |
| | § | |
|     **Defendant.** | § | |

## DECLARATION OF PHILIP W. DANAHER

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the following statements are true and correct:

1.      "My name is Philip W. Danaher. I am over the age of 21 years and am fully competent to make this Declaration. All statements of fact made herein are true, correct, and within my personal knowledge.

2.      I am an attorney for Plaintiff Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of April 1, 2004 Asset Backed Securities Corporation Home Equity Loan Trust 2004-HE2 Asset Backed Pass-Through Certificates, Series 2004-HE2 ("Wells Fargo" or "Plaintiff").

3.      Defendant filed its Original Complaint against Defendant George E. Dixon ("Dixon") on October 10, 2019. [ECF No. 1].

4.      I am an attorney licensed to practice in the State of Texas and am a member of the bar of the United States District Court for the Eastern District of Texas. I am currently a senior attorney at the law firm of Mackie Wolf Zientz & Mann, P.C. (MWZM), with offices located in Dallas, Texas and Houston, Texas. I am in good standing with respect to the State Bar of Texas. A true and correct copy of my resume is attached hereto as **Exhibit A-1**.

5.      MWZM was retained by Plaintiff to defend it against the claims brought by Dixon in his *Original Petition* to enforce Defendant's interest in certain real property as a result of a default under a loan. The legal professionals of MWZM with whom I worked in providing these services are at all relevant times attorneys licensed by the State of Texas, in good standing and experienced in the areas of business, real estate, and commercial litigation practice. Without waiving the attorney-client privilege, the subject matter of the counsel and representation provided to Plaintiff by MWZM legal professionals included, but was not limited to: review and analysis of the loan documents at issue; review and analysis of the history of this matter; preparation and filing of the original answer and counterclaim; completing service; drafting motions for default judgment; conducting legal research; drafting responses to defendants' motions; multiple conferences with Defendant's mortgage servicer regarding all of these items and this matter generally. These activities are set forth in chronological order by name and date on the invoices included with the motion as **Exhibit B**. The hours set forth for each activity were actually expended on the topics stated.

6.      The reasonable incurred attorneys' fees are $4,228.80 in defending Plaintiff and prosecuting Defendant's claims to enforce its interest in certain real property as a result of the default of under the loan agreement between the parties. The hourly rate charged is $215.00 per hour for attorneys and $95.00 per hour for paralegals and legal assistants.

7.     I have become familiar with the legal services necessary to handle claims based on and the reasonable charges for such legal services in the United States District Court for the Northern District of Texas and within the State of Texas.

8.     In considering reasonable attorneys' fees in this case, I have considered the time and labor involved; the difficulty of the issues presented; the experience, reputation, and ability of the attorneys involved in pursuing the claims; the skills requisite to properly conduct the case; customary charges of the Bar and awards in similar cases; and the amount in controversy.

9.     Based upon my knowledge and experience with similar litigation in the state and federal courts in Texas over the last ten years, and applying the facts and factors set out above, it is my opinion that the hourly rate of up to $215.00 per hour for attorneys and $95.00 per hour for paralegals and legal assistants are reasonable and customary, and the sum of $4,228.80 is reasonable attorneys' fees for representing Plaintiff with regard to its enforcement of its interest in certain real property as a result of a default of under the loan agreement.

10.     If any party files post-judgment motion, a reasonable fee for Plaintiff would be $2,500.00. If this case is appealed to the court of appeals, a reasonable fee for the Defendant would be an additional $15,000.00. If this case is appealed to the United States Supreme Court, a reasonable fee for the Defendant would be an additional $2,500.00."

FURTHER DECLARANT SAYETH NAUGHT.

Signed this April 9, 2021

PHILIP W. DANAHER

# EXHIBIT A-1

# Philip W. Danaher

14160 N. Dallas Pkwy., Suite 900, Dallas, Texas 75254

**EDUCATION:**    **Tulane University Law School,** New Orleans, LA
*J.D.*, May 2011

**University of Dallas,** Irving, TX
*B.A., Politics*, May 2007
Activities:  College Rugby Player, 2003 – 2007, Study Abroad in Rome, Italy, 2004

**EXPERIENCE:**    **Mackie Wolf Zientz & Mann, P.C.,** Dallas, Texas
*Senior Attorney*, April 2018 – April 2019; June 2019 to Present
Represent financial institutions concerning consumer finance litigation, title curative matters, and other real estate related matters where I managed a large volume of litigation matters.  Oversee and manage work of associate attorneys and paralegals.  Handle all aspects of federal and state litigation practice including state and federal bench trials; drafting appellate briefs; drafting and arguing motions; attending court hearings; preparing and responding to written discovery; deposing adverse parties; attending mediations; and negotiating and drafting settlement agreements.

*Associate Attorney*, April 2013 – April 2018
I worked as an associate attorney until April 2018 when I was promoted to Senior Attorney.

**The Wolf Law Firm, P.C.**, Southlake, Texas
*Attorney*, April 2019 – June 2019
Represented railroad and trucking companies in high exposure litigation matters.  Handled litigation defense on behalf of insurers under duty to defend.

**Contract Attorney**
September 2011 – April 2013
Reviewed discovery materials during pretrial stages of numerous litigation matters; organized discovery materials to be used at trial; analyzed and organized documents for privilege log; organized and led a team of attorneys to work on special projects.  Conducted legal review and approve disaster area loans for individuals after Hurricane Sandy.  Assisted the law firm Gibson Dunn in an internal review for a large financial services company.

**Law Office of Al White,** Kansas City, MO
*Law Clerk,* June 2009 – September 2012
Worked as a law clerk for a solo practitioner during law school and for a while after passing the bar.  Conducted research on a variety of criminal and civil law issues; drafted memos, motions, and briefs.

**City Attorney's Office,** New Orleans, LA
*Law Clerk,* Summer 2010
Assisted the City Attorney's office during the summer of 2010 as a law clerk.   Conducted research on a variety of law topics including constitutional law, state law preemption, zoning, and insurance ratings; drafted intra-office memos and assisted supervising attorney with drafting motions and appellate briefs.

**GMAC Mortgage,** Dallas, TX
*Loan Counselor*, December 2007 – July 2008
Resolved delinquent mortgage payment issues by setting up payment arrangements and offering other loss mitigation options.

**Affinity Mortgage,** Dallas, TX
*Loan Officer*, July 2007 – September 2007
Originated mortgages and gathered necessary documentation needed for a successful rate lock; originated both first and second liens.

**LICENSES:**      State Bar of Texas; United States District Court for the Northern, Southern, Eastern, and Western Districts of Texas; Fifth Circuit Court of Appeals.

**ASSOCIATIONS:**   University of Dallas Alumni in the Law-Vice President, Dallas Bar Association, St. Thomas More Society, Groundhog Rugby Alumni Association, Eagle Scout, 2002.

**PUBLICATIONS:**   *Lienholders Beware of Lien-Stripping Practice* – Legal League 100 Quarterly, Fall 2018

# EXHIBIT B

Invoice Date
04/17/2020

Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No: ▮▮▮▮▮▮▮
Reference:
Property Addr: 153 MEADOWCREEK RD
COPPELL, TX 75019
Our File: 12-002076-670-6

MWZM Case No.: 12-002076-670-6; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| DATE | COST DESCRIPTION | RECOVERABLE | AMOUNT |
| 03/30/2020 | Court Costs for filing complaint.- Recoverable | Yes | $400.00 |

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 03/30/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Research and obtain SCRA/Pacer results for each named defendant prior to filing the Original Complaint. | | | | | |
| 03/30/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Prepared civil coversheet prior to filing in federal court. | | | | | |
| 03/30/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Finalized Original Complaint and Certificate of Interested Persons/Corporate Disclosure Statement prior to filing with the court. | | | | | |
| 03/30/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Prepared Summons Request form prior to filing in federal court. | | | | | |
| 03/30/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 2.00 | $430.00 |
| Prepare original complaint. | | | | | |
| 03/30/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Review new matter. | | | | | |
| 04/02/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review of summons issued for the defendant. | | | | | |
| 04/02/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence with process server requesting attempted service of named defendant. | | | | | |
| 04/02/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |

| 04/02/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
|---|---|---|---|---|---|
| ██████████████████████████ | | | | | |
| 04/03/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence with process server regarding first attempt to serve George E. Dixon. | | | | | |
| 04/06/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence with process server regarding second attempt to serve George E. Dixon. | | | | | |
| 04/08/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence with process server regarding third attempt and address confirmed to serve George E. Dixon. | | | | | |
| 04/15/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence requesting an update on service from process server on George E. Dixon. | | | | | |
| 04/15/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Assess████████████ | | | | | |
| 04/15/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.10 | $21.50 |
| Review file for status of service. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Costs Since Last Billing | $400.00 |
| Total Hourly Fees Since Last Billing | $842.00 |
| Current Amount Due | $1,242.00 |
| Payments Received | $0.00 |
| **Total Amount Due** | **$1,242.00** |

Invoice Date
05/08/2020

Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No: ▮▮▮▮▮▮▮▮
Reference:
Property Addr: 153 MEADOWCREEK RD
COPPELL, TX 75019
Our File: 12-002076-670-6

MWZM Case No.: 12-002076-670-6; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| DATE | COST DESCRIPTION | RECOVERABLE | AMOUNT |
| 04/18/2020 | Process Server Costs - Attempted Service on George E. Dixon- Recoverable | Yes | $87.00 |
| 04/22/2020 | Process Server Costs -Service on George E. Dixon- Recoverable | Yes | $70.00 |
| 05/05/2020 | E-File Recording Cost- Recoverable | Yes | $4.80 |
| 05/05/2020 | Filing Costs- Recoverable | Yes | $30.00 |

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 04/20/2020 | Paralegal Fee-Hourly- Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence with process server regarding forth attempt and address confirmed to serve George E. Dixon. | | | | | |
| 04/20/2020 | Paralegal Fee-Hourly- Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence with process server to try service by certified mail restricted delivery. | | | | | |
| 04/20/2020 | Senior Attorney Fee-Hourly- Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Coordinate on service of defendant by certified mail restricted delivery. | | | | | |
| 04/28/2020 | Paralegal Fee-Hourly- Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Correspondence with process server requesting update on service for George E. Dixon. | | | | | |
| 04/28/2020 | Paralegal Fee-Hourly- Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Correspondence with process server regarding George E. Dixon being successfully served. | | | | | |
| 04/28/2020 | Senior Attorney Fee-Hourly- Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Review status of service on defendant. | | | | | |
| 04/29/2020 | Paralegal Fee-Hourly- Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Receipt and review of Return of Service for George E. Dixon. | | | | | |
| 04/29/2020 | Senior Attorney Fee-Hourly- Recoverable Danaher, Philip | Yes | $215.00 | 0.10 | $21.50 |

| | | | | | |
|---|---|---|---|---|---|
| Receipt and review of return of service. | | | | | |
| 05/05/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.40 | $86.00 |
|  | | | | | |
| 05/05/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.40 | $86.00 |
| Prepare notice of lis pendens. | | | | | |
| 05/05/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Prepared correspondence to parties regarding notice of lis pendens. | | | | | |
| 05/05/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review and execute notice of lis pendens. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Costs Since Last Billing | $191.80 |
| Total Hourly Fees Since Last Billing | $474.50 |
| Current Amount Due | $666.30 |
| Previous Balance | $1,242.00 |
| Payments Received | $0.00 |
| **Total Amount Due** | **$1,908.30** |

| Invoice Date |
| --- |
| 06/26/2020 |

Mackie Wolf Zientz & Mann, P.C.
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No: ███████
Reference:
Property Addr: 153 MEADOWCREEK RD
COPPELL, TX 75019
Our File: 12-002076-670-6

MWZM Case No.: 12-002076-670-6; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
| --- | --- | --- | --- | --- | --- |
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 05/12/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Review docket for answer to complaint in light of deadline for the same. | | | | | |
| 05/14/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Review court case status on docket to verify if the defendant has filed an answer. | | | | | |
| 05/15/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Research and obtain SCRA/Pacer results for each named defendant prior to filing the Motion for Default Judgment. | | | | | |
| 05/15/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Combined supporting exhibits to the Motion for Default Judgment and Request for Entry. | | | | | |
| 05/15/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Finalized Motion for Default Judgment and Request for Entry prior to filing with the court. | | | | | |
| 05/15/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Prepared correspondence to parties regarding Motion for Default Judgment and Request for Entry. | | | | | |
| 05/15/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 1.50 | $322.50 |
| Prepare Motion for Default Judgment. | | | | | |
| 05/18/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review of clerk`s entry of default. | | | | | |
| 05/29/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Receipt and review of Return of Service for George Dixon with signed green card from process server. | | | | | |
| 06/02/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Review file, confirm delivery of motion for default judgment. | | | | | |
| 06/08/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Review court case status on docket for ruling on the Motion for Default Judgment filed 5/15/20. | | | | | |

| 06/09/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |

Review file for ruling on motion for default judgment.

| 06/24/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |

Review docket for ruling on motion for default judgment.

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $737.00 |
| Current Amount Due | $737.00 |
| Previous Balance | $1,908.30 |
| Payments Received | $1,908.30 |
| **Total Amount Due** | **$737.00** |

Mackie Wolf Zientz & Mann, P.C.
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No.
Reference:
Property Addr: 153 MEADOWCREEK RD
COPPELL, TX 75019
Our File: 12-002076-670-6

MWZM Case No.: 12-002076-670-6; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|-------------|-------------|-------------|--------|--------|--------|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 07/08/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Review court case status on docket for ruling on motion for default judgment filed on 5/15/20. | | | | | |
| 07/14/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Review court case status on docket for ruling on motion for default judgment. | | | | | |
| 07/15/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Review file for upcoming deadlines and ruling on motion for default judgment. | | | | | |
| 07/20/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| ███████████████ . | | | | | |
| 07/20/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.40 | $86.00 |
| ████████████ | | | | | |
| 07/21/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| ████████████████████ | | | | | |
| 07/21/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| ████████████████████████ . | | | | | |
| 07/21/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| ██████████████ | | | | | |
| 07/27/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| ███████████████████ . | | | | | |

| TOTALS | |
|--------|--------|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $343.00 |
| Current Amount Due | $343.00 |
| Previous Balance | $2,645.30 |

| Payments Received | $2,645.30 |
| **Total Amount Due** | **$343.00** |



Mackie Wolf Zientz & Mann, P.C.
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No.
Reference:
Property Addr: 153 MEADOWCREEK RD
COPPELL, TX 75019
Our File: 12-002076-670-6

MWZM Case No.: 12-002076-670-6; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 08/18/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Review docket for ruling on motion for default judgment. | | | | | |
| 08/31/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Review court case status on docket for ruling on the motion for default judgment. | | | | | |
| 09/11/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Review docket for entry of order on motion for default judgment. | | | | | |
| 09/21/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Review court case status on docket for ruling on the motion for default judgment we filed 5/18/20. | | | | | |
| 10/01/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Coordinate on submitting proposed order on the Motion for default judgment to judge by email as required pursuant to judge`s procedures. | | | | | |
| 10/01/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Correspondence with court providing the proposed default judgment via email as required pursuant to judge`s procedures. | | | | | |
| 10/13/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Review court case status on docket for ruling on the motion for default judgment, still no ruling. | | | | | |
| 10/13/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Research and obtain SCRA/Pacer results for each named defendant due to hold removal. | | | | | |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Hourly Fees Since Last Billing | $271.50 |
| Current Amount Due | $271.50 |
| Previous Balance | $2,988.30 |
| Payments Received | $2,988.30 |

| Total Amount Due | $271.50 |



Invoice Date
01/22/2021

Mackie Wolf Zientz & Mann, P.C.
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No ▇▇▇▇▇▇
Reference:
Property Addr: 153 MEADOWCREEK RD
COPPELL, TX 75019
Our File: 12-002076-670-6

MWZM Case No.: 12-002076-670-6; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 10/30/2020 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Review docket for ruling on motion for summary judgment. | | | | | |
| 11/03/2020 | Senior Attorney Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Review court case status on docket for ruling on the motion for default judgment filed 5/15/20.▇▇▇▇ | | | | | |
| 11/16/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Review court case status on docket for ruling on the motion for default judgment filed 5/15/20.▇▇▇▇ ▇▇▇▇ | | | | | |
| 11/23/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Review court case status on docket for ruling on the motion for default judgment filed 5/15/20▇▇▇▇ ▇▇▇ | | | | | |
| 12/28/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Review court case status on docket for ruling on the motion for default judgment,▇▇▇▇ ▇▇ | | | | | |
| 01/05/2021 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.10 | $21.50 |
| Review file, further assess strategy for resolution of issue. | | | | | |
| 01/12/2021 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Receipt and review of Order denying without prejudice Motion for Default Judgment and notice of date to refile the motion. | | | | | |
| 01/12/2021 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 1.00 | $215.00 |
| Review order on motion for default judgment, prepare amended motion for default judgment. | | | | | |
| 01/13/2021 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Research and obtain SCRA/Pacer results for each named defendant prior to filing the Amended Motion for Default Judgment. | | | | | |

| 01/13/2021 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
|---|---|---|---|---|---|
| Prepared correspondence to parties regarding Amended Motion for Default Judgment. | | | | | |
| 01/13/2021 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Finalized Amended Motion for Default Judgment prior to filing with the court. | | | | | |
| 01/19/2021 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Review court case status on docket for ruling on the Amended Motion for Default Judgment. | | | | | |
| 01/20/2021 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Review docket for ruling on amended motion for default judgment. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $579.00 |
| Current Amount Due | $579.00 |
| Previous Balance | $3,259.80 |
| Payments Received | $3,259.80 |
| **Total Amount Due** | **$579.00** |

| Invoice Date |
| --- |
| 04/09/2021 |

**Mackie Wolf Zientz & Mann, P.C.**
Parkway Office Center, Suite 900
14160 Dallas Parkway
Dallas, TX 75254
(214) 635-2650
www.mwzmlaw.com

RE: GEORGE E. DIXON
Loan#
Property Address: 153 MEADOWCREEK RD, COPPELL, TX 75019
Firm File#: 12-002076-670 Firm Case#: 12-002076-670-6

Attorney: Philip Danaher

BILLING SUMMARY:

| HOURLY FEES | | | | |
| --- | --- | --- | --- | --- |
| **DATE** | **HOURLY DESCRIPTION** | **RATE** | **HOURS** | **AMOUNT** |
| 01/27/2021 | Paralegal Fee-Hourly, Review court case status on docket for ruling on the Amended Motion for Default Judgment,⬛⬛⬛ Lenehan, Rebecca | $95.00 | 0.30 | $28.50 |
| 02/08/2021 | Paralegal Fee-Hourly, Review court case status on docket for ruling on the Amended Motion for Default Judgment⬛⬛⬛ Lenehan, Rebecca | $95.00 | 0.30 | $28.50 |
| 02/22/2021 | Paralegal Fee-Hourly, Review court case status on docket for ruling on the Amended Motion for Default Judgment filed on 1/13/21,⬛⬛⬛ Lenehan, Rebecca | $95.00 | 0.30 | $28.50 |
| 03/01/2021 | Paralegal Fee-Hourly, Review court case status on docket for ruling on the Amended Motion for Default Judgment filed on 1/13/21,⬛⬛⬛ ⬛⬛⬛ Lenehan, Rebecca | $95.00 | 0.30 | $28.50 |
| 03/17/2021 | Paralegal Fee-Hourly, Review court case status on docket for ruling on the Amended Motion for Default Judgment filed on 1/13/21,⬛⬛⬛ ⬛⬛⬛ Lenehan, Rebecca | $95.00 | 0.30 | $28.50 |
| 03/30/2021 | Paralegal Fee-Hourly, Review court case status on docket for ruling on the Amended Motion for Default Judgment. Lenehan, Rebecca | $95.00 | 0.30 | $28.50 |
| 04/05/2021 | Senior Attorney Fee-Hourly, Receipt and review of order granting motion for default judgment. Danaher, Philip | $215.00 | 0.20 | $43.00 |

| Date | Description | Rate | Hours | | Amount |
|---|---|---|---|---|---|
| 04/09/2021 | Paralegal Fee-Hourly, Prepared draft Motion for Attorney fees, Proposed Order for attorney review.<br>Lenehan, Rebecca | $95.00 | 0.50 | | $47.50 |
| 04/09/2021 | Paralegal Fee-Hourly, Prepared draft Declaration of Philip W. Danaher in support of the Motion for Attorney Fees for attorney review.<br>Lenehan, Rebecca | $95.00 | 0.30 | | $28.50 |
| 04/09/2021 | Paralegal Fee-Hourly, Combined exhibits in support of Motion for Attorney Fees.<br>Lenehan, Rebecca | $95.00 | 0.30 | | $28.50 |
| 04/09/2021 | Paralegal Fee-Hourly, Prepared correspondence to parties regarding Motion for Attorney Fees<br>Lenehan, Rebecca | $95.00 | 0.30 | | $28.50 |
| 04/09/2021 | Senior Attorney Fee-Hourly, Coordinate on preparing motion for attorneys`fees.<br>Danaher, Philip | $215.00 | 0.20 | | $43.00 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| | |
| Total Fees This Invoice | $0.00 |
| Total Hourly Fees This Invoice | $390.00 |
| Total Amount Due This Invoice | $390.00 |

Thank you for the opportunity to be of service. Please submit payment with a copy of this invoice to the above address.